■ DONALD D. HELLERT et al., Individually and as Parents and Natural Guardians of BENJAMIN P. HELLERT, an Infant, et al., Respondents, v TOWN OF HAMBURG, Appellant. (Appeal No. 2.) [855 NYS2d 389]—Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered March 29, 2007 in a personal injury action. The order denied the motion of defendant for leave to renew its summary judgment motion.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see McCabe v CSX Transp., Inc., 27 AD3d 1150, 1151 [2006]). Present—Hurlbutt, J.P., Lunn, Fahey and Pine, JJ.